JAMES O'LAUGHLIN, Respondent, *v.* GEORGE H. HAMMOND AND COMPANY, Appellant.

(Argued June 12, 1890; decided June 24, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order

made February 7, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Edward J. Meegan* for appellant.

*Jacob H. Clute* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.